IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**STEVE MARCHOINE,**
*doing business as* **MARCHIONE GUITARS, LLC,**

        Plaintiff,

v.

**PLAYBOY ENTERPRISES, INC.,**
and **STEVE CLAYTON, INC.,**

        Defendants.

Civ. No. 1:12-cv-01535-CL

**JUDGMENT**

CLARKE, Magistrate Judge.

    Judgment is entered in accordance with the Court's order of dismissal (#93) and the parties' stipulated settlement agreement.

DATED this _____ day of June, 2014.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge

Page 1 – JUDGMENT